Samuel L. Linnet, Esq.
**ALTURAS LAW GROUP, PLLC**
115 Second Avenue South
Hailey, Idaho 83333
Tel: 208/788-6688
Fax: 208/788-7901
ISB# 9788
sam@alturaslawgroup.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DAKOTA KING HUTTON**, an individual, and **EMILY THAYER**, an individual,<br><br>　　Plaintiffs,<br><br>v.<br><br>**BLAINE COUNTY SCHOOL DISTRICT #61**, an Idaho public school district; **GWENCAROL HOLMES**, individually and in her official capacity as Superintendent of the Blaine County School district; **AMANDA LACHANCE**, individually and in her official capacity as Clerk of the School Board; **HEATHER CROCKER**, individually and in her official capacity as Director of Communications; **TERESA MCGOFFIN**, individually and in her official capacity as Director of Technology; **JOHN P. PEARCE**, individually and as Principal of Wood River High School; **KEITH NELSON**, | Case No. 1:19-cv-00116-DCN<br><br>**NOTICE OF FIRM CHANGE FOR PLAINTIFFS' COUNSEL** |

NOTICE OF FIRM CHANGE FOR PLAINTIFFS' COUNSEL/1

individually and in his official capacity as Vice Principal of Wood River High School; **MICHAEL GLENN**, individually and in his official capacity as Principal of Silver Creek High School; and **JOHN DOE**, whose true name is not yet known to the Plaintiffs, individually and in their official capacity as the person managing information on the Blaine County School District Google Drive and/or other relevant information sharing and storage systems.

      Defendants.

PLEASE TAKE NOTICE that, Samuel L. Linnet, counsel for the plaintiffs hereby submits his notice of change in firm affiliation to:

>Samuel L. Linnet
>Alturas Law Group, PLLC
>115 Second Avenue South
>Hailey, Idaho  83333
>Tel:  208/788-6688
>Fax:  208/788-7901

DATED: 6/19/2020

                ALTURAS LAW GROUP, PLLC

                By /s/ Samuel L. Linnet
                   Samuel L. Linnet
                   Attorney for Plaintiffs

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 19th day of June, 2020, I caused to be served a true copy of the foregoing document electronically through the CM/ECF system the method indicated below, and addressed to each of the following:

| | |
|---|---|
| E-File/E-Serve | David P. Gardner<br>Hawley Troxell Ennis & Hawley, LLP<br>dgardner@hawleytroxell.com |

     /s/ Samuel L. Linnet
     Samuel L. Linnet